IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BRODERICK CARTER                                                          PLAINTIFF

v.                               Case No. 1:24-cv-1073

NURSE KASEY SANFORD                                     DEFENDANTS

**ORDER**

      Before the Court is the Report and Recommendation filed April 28, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 22. Judge Bryant recommends that this case be dismissed without prejudice for failure to comply with the Court's Local Rules and orders and for failure to prosecute this case.

      No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 22) *in toto*. Accordingly, the Court finds that this case should be and hereby is **DISMISSED WITHOUT PREJUDICE**. Further, Defendant's Motion to Dismiss (ECF No. 15) is **DENIED AS MOOT**.

      **IT IS SO ORDERED**, this 19th day of May, 2025.

                                                                         /s/ Susan O. Hickey
                                                                         Susan O. Hickey
                                                                         Chief United States District Judge